# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael A. Green and Kyona L. Green<br>          Debtor(s) | CHAPTER 13<br><br>BKY. NO. 14-24821 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3921


                                             Respectfully submitted,


                                             **/s/ James C. Warmbrodt, Esquire**
                                             James C. Warmbrodt, Esquire
                                             jwarmbrodt@kmllawgroup.com
                                             Attorney I.D. No. 42524
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106
                                             Phone: 215-825-6306
                                             Fax: 215-825-6406
                                             Attorney for Movant/Applicant