Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michael A. Green
Kyona L. Green
aka Kyona L. White–Green, aka Kyona L. White**
  Debtor(s)

Bankruptcy Case No.: 14−24821−GLT
Related to Docket No. 87
Chapter: 13
Docket No.: 88 − 87
Concil. Conf.: June 22, 2017 at 09:00 AM

## ORDER

  **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

  **IT IS HEREBY ORDERED** that, on or before **May 5, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

  1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

  2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

  **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

  On or before **May 22, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

  On **June 22, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

  If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

  This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 21, 2017

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

      In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

      The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

      The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

      Debtor(s)' case name and bankruptcy case number must be included on the payment.

      The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

                Ronda J. Winnecour, Trustee
                P.O. Box 84051
                Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-24821-GLT
Michael A. Green                                                    Chapter 13
Kyona L. Green
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel              Page 1 of 2          Date Rcvd: Mar 21, 2017
                             Form ID: 213            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
```
db/jdb         +Michael A. Green,    Kyona L. Green,    621 Mellon Street,    Pittsburgh, PA 15206-2421
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,     Chase Records Ctr. Attn: Corr. Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13967270        American Education Services,    c/o ECMC,    P.O. Box 75906,    Saint Paul, MN 55175
13967272        AutoVest, LLC,    PO Box 2247,    Southfield, MI 48037-2247
13967717       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13967276       +Direct TV,   11778 Election Drive,    Draper, UT 84020-6807
14003631        ECMC,   PO BOX 16408,    ST. PAUL, MN, 55116-0408
13967279       +Equitable Gas Company,    Attn: Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13967281       ++GALWAY FINANCIAL SERVICES LLC,    1290 W SPRING ST SE,    SUITE 270,    SMYRNA GA 30080-3690
               (address filed with court: Galway Financial Services,     3870 Peachtree Industrial Blvd.,
                 Suite 150-316,    Duluth, GA 30096)
13967282       +HSBC Auto Finance,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13967285       +JP Morgan Chase Bank,    3415 Vision Drive,    Columbus, OH 43219-6009
14040693       +JPMorgan Chase Bank, National Association,     Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13967284       +Joy Lynn Photography,    708 Seventh Avenue,    Coraopolis, PA 15108-1734
13967286       +Lease & Rental Management,    45 Haverhill Street,    Andover, MA 01810-1499
13967287        Monitronics,    P.O. Box 814950,    Dallas, TX 75381
13967288        National Recovery,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13969845       +PNC BANK,   N/A,    P O BOX 94982,    CLEVELAND OHIO 44101-4982
13967290        Palisades Acquisitions & Vativ Recovery,    P.O. Box 40728,    Houston, TX 77240-0728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13973739        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 22 2017 03:13:34
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
14004225        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 22 2017 03:13:28
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13967271       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 22 2017 03:15:22     Aspire Visa,
                 c/o Midland Credit Management,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13977491       +E-mail/Text: bnc@atlasacq.com Mar 22 2017 03:14:40     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13967273       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 22 2017 03:15:22     Capital One Bank,
                 c/o Midland Credit Management,    8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13967274       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 22 2017 03:15:42     Consumer Portfolio Services,
                 c/o Jefferson Capital Systems,    P.O. Box 7999,    Saint Cloud, MN 56302-7999
13967277       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Mar 22 2017 03:16:15     Duquesne Light,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13967278       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Mar 22 2017 03:16:15     Duquesne Light,
                 c/o  Peter Ashcroft,    Bernstein Lawm Office,    707 Grant Street, Suite 2200,
                 Pittsburgh, PA 15219-1900
14017662       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Mar 22 2017 03:16:15     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13967280       +E-mail/Text: csidl@sbcglobal.net Mar 22 2017 03:15:51     First Premier Bank,    P.O. Box 2208,
                 Vacaville, CA 95696-8208
13967283        E-mail/Text: cio.bncmail@irs.gov Mar 22 2017 03:14:48     Internal Revenu Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13967275        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 22 2017 03:15:42     Denovus Corporation,
                 c/o Jefferson Capital Systems,    P.O. Box 7999,    Saint Cloud, MN 56302-9617
14006689        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 22 2017 03:15:42     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13967289       +E-mail/Text: bankruptcydepartment@tsico.com Mar 22 2017 03:16:04     NCO Financial Systems,
                 P.O. Box 15270,    Wilmington, DE 19850-5270
13967291        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 22 2017 03:13:45     T-Mobile,
                 c/o American Infosource,    P.O. Box 248848,    Oklahoma City, OK 73124-8848
13967292       +E-mail/Text: bkyelectnotices@tgslc.org Mar 22 2017 03:15:50     Texas Guaranteed Student Loans,
                 P.O. Box 83100,    Round Rock, TX 78683-3100
13967293       +E-mail/Text: EBNProcessing@afni.com Mar 22 2017 03:15:34     Verizon,    c/o Afni Inc.,
                 P.O. Box 3667,    Bloomington, IL 61702-3667
                                                                                              TOTAL: 17
```

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Mar 21, 2017
                              Form ID: 213            Total Noticed: 37

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr*            +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                                             TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Joint Debtor Kyona L. Green julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
              Kenneth Steidl    on behalf of Debtor Michael A. Green julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation
               mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                              TOTAL: 9
```