Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Michael A. Green** | : | Case No. 14−24821−GLT |
| **Kyona L. Green** | : | Chapter: 13 |
| aka Kyona L. White−Green, aka Kyona L. White | : | |
|    *Debtor(s)* | : | |
| | : | Related to Docket No. 87 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

*AND NOW,* this **13th day of June, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

   (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

   (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-24821-GLT
Michael A. Green                                                    Chapter 13
Kyona L. Green
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas                Page 1 of 2               Date Rcvd: Jun 13, 2017
                              Form ID: 309              Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2017.
```
db/jdb         +Michael A. Green,    Kyona L. Green,    621 Mellon Street,    Pittsburgh, PA 15206-2421
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Ctr. Attn: Corr. Mail,
                 Mail Code LA-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13967272        AutoVest, LLC,    PO Box 2247,    Southfield, MI 48037-2247
13967717       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13967276       +Direct TV,    11778 Election Drive,    Draper, UT 84020-6807
14003631        ECMC,    PO BOX 16408,    ST. PAUL, MN, 55116-0408
13967279       +Equitable Gas Company,    Attn: Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13967281      ++GALWAY FINANCIAL SERVICES LLC,    1290 W SPRING ST SE,    SUITE 270,    SMYRNA GA 30080-3690
               (address filed with court: Galway Financial Services,    3870 Peachtree Industrial Blvd.,
                 Suite 150-316,    Duluth, GA 30096)
13967285       +JP Morgan Chase Bank,    3415 Vision Drive,    Columbus, OH 43219-6009
14040693       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13967284       +Joy Lynn Photography,    708 Seventh Avenue,    Coraopolis, PA 15108-1734
13967286       +Lease & Rental Management,    45 Haverhill Street,    Andover, MA 01810-1499
13967287        Monitronics,    P.O. Box 814950,    Dallas, TX 75381
13967288        National Recovery,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13969845       +PNC BANK,   N/A,    P O BOX 94982,    CLEVELAND OHIO 44101-4982
13967290        Palisades Acquisitions & Vativ Recovery,    P.O. Box 40728,    Houston, TX 77240-0728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13967270        EDI: ECMC.COM Jun 14 2017 00:58:00      American Education Services,   c/o ECMC,
                 P.O. Box 75906,   Saint Paul, MN 55175
13973739        EDI: AIS.COM Jun 14 2017 00:58:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848
14004225        EDI: AIS.COM Jun 14 2017 00:58:00      American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
13967271       +EDI: MID8.COM Jun 14 2017 00:58:00      Aspire Visa,   c/o Midland Credit Management,
                 8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13977491       +EDI: ATLASACQU.COM Jun 14 2017 00:58:00      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
13967273       +EDI: MID8.COM Jun 14 2017 00:58:00      Capital One Bank,   c/o Midland Credit Management,
                 8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
13967274       +EDI: JEFFERSONCAP.COM Jun 14 2017 00:58:00      Consumer Portfolio Services,
                 c/o Jefferson Capital Systems,   P.O. Box 7999,   Saint Cloud, MN 56302-7999
13967277       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jun 14 2017 01:11:46      Duquesne Light,
                 411 Seventh Avenue,   Pittsburgh, PA 15219-1942
13967278       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jun 14 2017 01:11:46      Duquesne Light,
                 c/o Peter Ashcroft,   Bernstein Lawm Office,   707 Grant Street, Suite 2200,
                 Pittsburgh, PA 15219-1900
14017662       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jun 14 2017 01:11:46      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13967280       +E-mail/Text: csidl@sbcglobal.net Jun 14 2017 01:11:32      First Premier Bank,   P.O. Box 2208,
                 Vacaville, CA 95696-8208
13967282       +EDI: DRIV.COM Jun 14 2017 00:58:00      HSBC Auto Finance,   P.O. Box 961245,
                 Fort Worth, TX 76161-0244
13967283        EDI: IRS.COM Jun 14 2017 00:58:00      Internal Revenu Service,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13967275        EDI: JEFFERSONCAP.COM Jun 14 2017 00:58:00      Denovus Corporation,
                 c/o Jefferson Capital Systems,   P.O. Box 7999,   Saint Cloud, MN 56302-9617
14006689        EDI: JEFFERSONCAP.COM Jun 14 2017 00:58:00      Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
13967289       +E-mail/Text: bankruptcydepartment@tsico.com Jun 14 2017 01:11:38      NCO Financial Systems,
                 P.O. Box 15270,   Wilmington, DE 19850-5270
13967291        EDI: AIS.COM Jun 14 2017 00:58:00      T-Mobile,   c/o American Infosource,   P.O. Box 248848,
                 Oklahoma City, OK 73124-8848
13967292       +E-mail/Text: bkyelectnotices@tgslc.org Jun 14 2017 01:11:32      Texas Guaranteed Student Loans,
                 P.O. Box 83100,   Round Rock, TX 78683-3100
13967293       +EDI: AFNIRECOVERY.COM Jun 14 2017 00:58:00      Verizon,   c/o Afni Inc.,   P.O. Box 3667,
                 Bloomington, IL 61702-3667
                                                                                              TOTAL: 19
```

```
District/off: 0315-2           User: dbas                 Page 2 of 2                  Date Rcvd: Jun 13, 2017
                               Form ID: 309               Total Noticed: 37


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
                                                                                             TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Joint Debtor Kyona L. Green julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Kenneth Steidl    on behalf of Debtor Michael A. Green julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                             TOTAL: 9
```