**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MICHAEL A. GREEN
    KYONA L. GREEN
        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:14-24821 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 12/11/2014 and confirmed on 06/29/2015 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 65,956.55 |
| Less Refunds to Debtor | 1,626.93 | |
| TOTAL AMOUNT OF PLAN FUND | | 64,329.62 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,648.76 | |
|     Trustee Fee | 2,574.61 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,223.37 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| JPMORGAN CHASE BANK | 0.00 | 24,687.52 | 0.00 | 24,687.52 |
|     Acct: XXXXXXXXX1-15 | | | | |
| JPMORGAN CHASE BANK | 9,972.02 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX2-14 | | | | |
| INTERNAL REVENUE SERVICE* | 7,168.49 | 0.00 | 0.00 | 0.00 |
|     Acct: 1241 | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 17,743.02 | 0.00 | 17,743.02 |
|     Acct: 1652 | | | | |
| CREDIT ACCEPTANCE CORP* | 12,919.15 | 5,240.83 | 6,021.16 | 11,261.99 |
|     Acct: 4066 | | | | |
| CREDIT ACCEPTANCE CORP* | 637.10 | 0.00 | 0.00 | 0.00 |
|     Acct: 1652 | | | | |
| | | | | 53,692.53 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| MICHAEL A. GREEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| MICHAEL A. GREEN | 542.31 | 542.31 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL A. GREEN | 1,084.62 | 1,084.62 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,700.00 | 3,648.76 | 0.00 | 0.00 |
| Acct: | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 717.14 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX1241 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 4,413.72 | 0.00 | 4,413.72 |
| Acct: XXXXXXXXXX3532 | | | | |
| | | | | 4,413.72 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 919.50 | 0.00 | 0.00 | 0.00 |
| Acct: 0090 | | | | |
| ECMC(*) | 43,053.99 | 0.00 | 0.00 | 0.00 |
| Acct: 0090 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| AUTOVEST LLC | 14,886.66 | 0.00 | 0.00 | 0.00 |
| Acct: 0090 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 6,082.79 | 0.00 | 0.00 | 0.00 |
| Acct: 1196 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5866 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PEOPLES NATURAL GAS CO LLC - EQUITA | 932.83 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3836 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| GALWAY FINANCIAL SERVICES* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| HSBC AUTO FINANCE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| J C CHRISTENSEN & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3734 | | | | |
| JOY LYNN PHOTOGRAPHY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| LEASE AND RENTAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1887 | | | | |
| MEDICAL DIAGNOSTIC LABORATORY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3196 | | | | |
| MONITRONICS INTERNATIONAL INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NCO FINANCIAL SYSTEMS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PALISADES ACQUISITION/PALISADES CLL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0728 | | | | |

| 14-24821 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   PNC BANK NA | 581.57 | 0.00 | 0.00 | 0.00 |
|     Acct: 0330 | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4323 | | | | |
|   QUEST DIAGNOSTICS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9356 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 422.31 | 0.00 | 0.00 | 0.00 |
|     Acct: 6829 | | | | |
|   TEXAS GUARANTEED STUDENT LOAN COF | 11,512.42 | 0.00 | 0.00 | 0.00 |
|     Acct: 0090 | | | | |
|   UPMC - MAGEE OUT/PT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7294 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1000 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR V | 1,696.16 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   ATLAS ACQUISITIONS LLC - AS ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ON56 | | | | |
|   INTERNAL REVENUE SERVICE* | 307.05 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX1241 | | | | |
|   WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7586 | | | | |

\* \* \* N O N E \* \* \*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 58,106.25 |
| TOTAL CLAIMED | | |
| PRIORITY | 717.14 | |
| SECURED | 30,696.76 | |
| UNSECURED | 80.395.28 | |

Date: 08/23/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com