# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br>　　MICHAEL A. GREEN<br>　　KYONA L. GREEN<br>　　　　　Debtor(s) | Case No. 14-24821GLT |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 12/11/2014.

　　2)　The plan was confirmed on 06/29/2015.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 06/29/2015.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 03/20/2017.

　　5)　The case was dismissed on 06/13/2017.

　　6)　Number of months from filing to last payment: 0.

　　7)　Number of months case was pending: 33.

　　8)　Total value of assets abandoned by court order:  NA .

　　9)　Total value of assets exempted: $17,657.00.

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| **Receipts:** | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $65,956.55 | |
| Less amount refunded to debtor | $1,626.93 | |
| **NET RECEIPTS:** | | **$64,329.62** |

| **Expenses of Administration:** | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,648.76 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $2,574.61 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$6,223.37** |
| Attorney fees paid and disclosed by debtor: | $300.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP AGENT | Unsecured | 655.97 | 422.31 | 422.31 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | 500.00 | 1,696.16 | 1,696.16 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC - AS ASSI( | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| AUTOVEST LLC | Unsecured | 11,622.00 | 14,886.66 | 14,886.66 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP* | Secured | 25,390.60 | 25,905.11 | 0.00 | 17,743.02 | 0.00 |
| CREDIT ACCEPTANCE CORP* | Secured | 6,000.00 | 12,919.15 | 12,919.15 | 5,240.83 | 6,021.16 |
| CREDIT ACCEPTANCE CORP* | Secured | 0.00 | 637.10 | 637.10 | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 2.67 | NA | NA | 0.00 | 0.00 |
| DIRECTV (*) - TRUSTEE PAYMENTS | Unsecured | 583.00 | NA | NA | 0.00 | 0.00 |
| DOMESTIC RELATIONS OBLIGATION | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| DOMESTIC RELATIONS OBLIGATION | Priority | NA | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 4,144.00 | 919.50 | 919.50 | 0.00 | 0.00 |
| ECMC(*) | Unsecured | 28,544.97 | 43,053.99 | 43,053.99 | 0.00 | 0.00 |
| EQUITABLE GAS CO (*) | Priority | NA | NA | NA | 4,413.72 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 578.00 | NA | NA | 0.00 | 0.00 |
| GALWAY FINANCIAL SERVICES* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC AUTO FINANCE* | Unsecured | 628.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 7,332.27 | 717.14 | 717.14 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Secured | 0.00 | 7,168.49 | 7,168.49 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 307.05 | 307.05 | 0.00 | 0.00 |
| J C CHRISTENSEN & ASSOCIATES | Unsecured | 307.23 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 7,038.00 | 6,082.79 | 6,082.79 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| JOY LYNN PHOTOGRAPHY | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Secured | 75,904.00 | 74,560.38 | 0.00 | 24,687.52 | 0.00 |
| JPMORGAN CHASE BANK | Secured | 0.00 | 9,972.02 | 9,972.02 | 0.00 | 0.00 |
| LEASE AND RENTAL MANAGEMENT | Unsecured | 6,434.31 | NA | NA | 0.00 | 0.00 |
| MEDICAL DIAGNOSTIC LABORATOR | Unsecured | 50.28 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 897.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,692.74 | NA | NA | 0.00 | 0.00 |
| MONITRONICS INTERNATIONAL INC | Unsecured | 2,879.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NATIONAL RECOVERY AGENCY GR( | Unsecured | 2,600.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC** | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| PALISADES ACQUISITION/PALISADE: | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC - E( | Unsecured | 595.00 | 932.83 | 932.83 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUT | Unsecured | 177.35 | NA | NA | 0.00 | 0.00 |
| PNC BANK NA | Unsecured | 581.57 | 581.57 | 581.57 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS INC | Unsecured | 40.97 | NA | NA | 0.00 | 0.00 |
| TEXAS GUARANTEED STUDENT LOA | Unsecured | 13,524.20 | 11,512.42 | 11,512.42 | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 176.10 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 176.10 | NA | NA | 0.00 | 0.00 |
| UPMC - MAGEE OUT/PT | Unsecured | 187.20 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $24,687.52 | $0.00 |
| Mortgage Arrearage | $9,972.02 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,556.25 | $22,983.85 | $6,021.16 |
| All Other Secured | $7,168.49 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$30,696.76** | **$47,671.37** | **$6,021.16** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $717.14 | $4,413.72 | $0.00 |
| **TOTAL PRIORITY**: | **$717.14** | **$4,413.72** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$80,395.28** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,223.37 |
| Disbursements to Creditors | $58,106.25 |
| **TOTAL DISBURSEMENTS** : | **$64,329.62** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/05/2017                                By: /s/ Ronda J. Winnecour
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**